IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>v.<br><br>FRANK RAFARACI,<br><br>Defendant. | Case No. 1:21-cr-00610-DLF |

**JOINT STATUS REPORT AND MOTION TO CONTINUE STATUS HEARING**

The United States of America and the defendant, Frank Rafaraci, by and through undersigned counsel, submit this joint status report and motion to continue to provide the Court with an update on the current state of this matter.

1. On April 22, 2022, the defendant pled guilty to a one-count Indictment charging bribery in violation of 18 U.S.C. § 201. ECF No. 44.

2. Since his guilty plea, the defendant has been providing information to the government. The parties met in September and expect a further meeting in January 2023. The government is actively investigating the information that the defendant has provided.

3. Given the circumstances, the parties agree that a status hearing is unnecessary and respectfully request that the Court continue the November 18 hearing and set a status hearing in approximately 90 days, on or about February 17, 2023. The parties will file another joint status report in advance of the next status hearing.

Dated: November 17, 2022

Respectfully submitted,

/s/_____
Nicholas Surmacz (*pro hac vice*)
Tower 42
25 Old Broad Street
London EC2N 1HQ
+44 (0) 20 3301 5700
nicholas.surmacz@kobrekim.co.uk

Michael R. Sherwin (*pro hac vice*)
Erika L. Berman, D.C. Bar #1015129
1919 M Street NW
Washington, D.C. 20036
(202) 664 1900
michael.sherwin@kobrekim.com
erika.berman@kobrekim.com

Counsel for Frank Rafaraci

/s/_____
Michael P. McCarthy, D.C. Bar #1020231
Lauren Archer, M.D. Bar #1412160028
Trial Attorneys
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Ave. NW
Washington, D.C. 20530
(202) 305-3995 (McCarthy)
michael.mccarthy2@usdoj.gov

Counsel for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Joint Status Report and Motion to Continue was served via ECF on counsel for the defendant on November 17, 2022.

/s/

_____
Michael P. McCarthy
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>v.<br><br>FRANK RAFARACI,<br><br>Defendant. | Case No. 1:21-cr-00610-DLF |

### ORDER GRANTING MOTION TO CONTINUE STATUS HEARING

Upon consideration of the joint motion to continue the status hearing scheduled for November 18, 2022, in the above-captioned matter, it is hereby

**ORDERED** that the motion is **GRANTED** and the status hearing currently scheduled for November 18, 2022, is continued to February 17, 2023; it is further

**ORDERED** that the parties will submit a joint status report on or before February 17, 2023.

Dated this _____ day of November, 2022.

_____
DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE