UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 1:21-cr-00610-DLF |
| v. : | |
| : | |
| FRANK RAFARACI : | |
| : | |
| Defendant. : | |

# ORDER

Upon consideration of the Government's Unopposed Motion for Modification of Sealing Orders, which seeks permission to make limited disclosures of sealed filings in this case as necessary to comply with a judicial order compelling their production to the defendants in *United States v. David Newland, et al.*, 17-cr-623-JLS (S.D. Cal.), it is this 6th day of December, 2022, hereby,

**ORDERED** that the Complaint (Dkt. 1), the accompanying Affidavit (Dkt. 1-1), and the Government's Supplemental Filing (Dkt. 37-2) shall remain sealed.

It is further **ORDERED** that, notwithstanding the above, the government may disclose the aforementioned filings to the *Newland* defendants as necessary to comply with the Government's discovery obligations and the District Court's orders.

Dated this 6th day of December, 2022.

_____
DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE